1

2

3

4

5

6

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BRIAN L.,[1]

12          Plaintiff,

         v.

13

14  MARTIN J. O'MALLEY,
   Commissioner of Social Security,

15

         Defendant.

16

No. 2:23-cv-04519-AJR

**JUDGMENT**

17

18          IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and

19  that the above-captioned action is dismissed with prejudice.

20

21  DATED:  April 30, 2024            _____

22                                HON. A. JOEL RICHLIN
                          UNITED STATES MAGISTRATE JUDGE

23

24

25  _____

26      [1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil
   Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court
27  Administration and Case Management of the Judicial Conference of the United
   States.

28